AO 91 (Rev. 11/11)   Criminal Complaint (approved by AUSA E. Abrams)                                 USAO CW No. 25-138

# UNITED STATES DISTRICT COURT
### for the

Eastern District of Pennsylvania

| | | |
|---|---|---|
| United States of America<br>v. | ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) | Case No. 25-MJ-1162 |
| Warlin DeJesus Arnaud-Salcedo | | |
| *Defendant(s)* | | |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of  May 27, 2025  in the county of  Philadelphia  in the Eastern  District of  Pennsylvania , the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 8 U.S.C. § 1326(a) | Warlin DeJesus Arnaud-Salcedo an alien, and citizen of the Dominican Republic, who had previously been removed from the United States on or about May 3, 2016, was found in the United States, having knowingly and unlawfully reentered the United States without first applying to the Attorney General or her successor, the Secretary of Homeland Security, for permission to reapply for admission, and without receiving in response the express consent to reapply for admission,  in violation of 8 U.S.C. § 1326(a). |

This criminal complaint is based on these facts:

See attached affidavit.

☑ Continued on the attached sheet.

/s/Bryan A. Pachini
*Complainant's signature*

Bryan A. Pachini, ICE Deportation Officer
*Printed name and title*

Sworn to before me and signed by telephone.

Digitally signed
by Elizabeth Hey
Date: 2025.06.03
15:53:05 -04'00'

*Judge's signature*

Date: _____

City and state:     Philadelphia, Pennsylvania

Hon. Elizabeth T. Hey, U.S. Magistrate Judge
*Printed name and title*

25-MJ-1162

AFFIDAVIT

1.    I, Bryan A. Pachini, am a Deportation Officer at U.S. Immigration and Customs Enforcement ("ICE") within the U.S. Department of Homeland Security ("DHS"). I have served as a Deportation Officer with ICE since April 4, 2016. As a Deportation Officer, I conduct investigations related to violations of the Immigration and Nationality Act, specifically of foreign-born nationals who have been deported from the United States and who have subsequently re-entered the United States. I am currently assigned to the ICE Enforcement and Removal Operations' Philadelphia, Pennsylvania Field Office and my duties include investigating violations of Title 8 of the United States Code to include violations of immigration offenses.

2.    I have prepared this affidavit in support of a criminal complaint and arrest warrant for Warlin De Jesus ARNAUD-SALCEDO, because there is probable cause to believe ARNAUD-SALCEDO is an alien, that is, an individual who is not a United States citizen or national, who re-entered the United States after removal, in violation of 8 U.S.C. § 1326(a).

3.    On May 27, 2025, I was conducting surveillance of 6110 Hegerman Street, Philadelphia, Pennsylvania 19135, looking for particular individuals, when a blue Toyota Highlander with Pennsylvania license plate MSM8325 pulled into the driveway at 6110 Hegerman Street. The driver of the car had a similar appearance to one of my surveillance targets. After he drove away, I conducted a vehicle stop. The driver, ARNAUD-SALCEDO, showed me an identification document that appeared to be a driver's license from the Dominican Republic. I determined that he was not my target. Since he presented identification from the Dominican Republic, I recorded his information and allowed ARNAUD-SALCEDO to drive away from the area.

1

4.      Later on May 27, 2025, I searched for information concerning ARNAUD-SALCEDO in ICE databases, and found that he had previously been removed from the United States on May 3, 2016, and had been prohibited from reentering the United States at any time without first obtaining permission to reenter from the Attorney General or the Secretary of Homeland Security.

5.      Based on my training and experience, I know that ICE maintains a file on all aliens encountered by ICE. This file, known as the Alien File ("A File"), contains documentation relating to the alien, including his/her photograph, warrants of deportation, fingerprints, documents reflecting criminal history, documents reflecting the country of citizenship, and other documents. Each alien is assigned an identification number, referred to as the "Alien Number." A search of ICE databases revealed that Warlin De Jesus ARNAUD-SALCEDO was assigned Alien Number 201 106 483.

6.      On May 27, 2025, based on my review of Department of Homeland Security electronic databases, I was able to conclude that ARNAUD-SALCEDO was a citizen of the Dominican Republic who was in the United States illegally.

a.  ARNAUD-SALCEDO was first encountered on March 6, 2011, by United States Border Patrol in Rio Grande City, Texas. ARNAUD-SALCEDO was served with a Notice to Appear (Form I-862), charging him with being inadmissible to the United States and ordering him to appear for a hearing on October 6, 2011. ARNAUD-SALCEDO failed to appear for the hearing, and the Immigration Judge ordered ARNAUD-SALCEDO to be removed from the United States.

b. ARNAUD-SALCEDO was removed from the United States on May 3, 2016, via ICE Air through New Orleans, Louisiana back to the Dominican Republic. Form I-205, Warrant of Removal/Deportation, was executed at the time of his removal bearing ARNAUD-SALCEDO's photograph, fingerprint and signature and the signature of the immigration officials who witnesses his departure.

c. A search of ICE databases revealed that ARNAUD-SALCEDO has never sought permission of the United States Attorney General, or his successor, the Secretary of the Department of Homeland Security, to re-enter as required by 8 U.S.C. § 1360(d).

7. On May 28, 2025, ICE administratively arrested ARNAUD-SALCEDO on the corner of Colgate Street and Comly Street in Philadelphia.

8. At the time ARNAUD-SALCEDO was arrested, he was carrying a valid passport in his name issued by the Dominican Republic. In a Mirandized sworn statement, ARNAUD-SALCEDO admitted that he was removed from the United States in 2016.

9. Fingerprints taken on May 28, 2025 were put into the Automatic Fingerprint Identification System ("AFIS") and AFIS matched them to his identity.

10. Based on the foregoing, I respectfully submit that the facts set forth in this Affidavit demonstrate that there is probable cause to conclude that Warlin De Jesus ARNAUD-SALCEDO illegally re-entered the United States after removal in violation of 8 U.S.C. § 1326(a). I therefore respectfully ask that the Court issue a warrant ordering his arrest for such crime.

/s/Bryan A. Pachini

BRYAN A. PACHINI
Deportation Officer
Immigration and Customs Enforcement

Sworn to and subscribed to me via
telephone, this _____ day of June, 2025

Digitally signed by
Elizabeth Hey
Date: 2025.06.03
15:52:22 -04'00'

HONORABLE ELIZABETH T. HEY
United States Magistrate Judge

4